**No. 45751.**—Petition 6113–R of Carson, Pirie, Scott & Co. (Chicago).

Opinion by EVANS, J. From the record it was found that there was no intention to defraud the revenue or deceive the Government officials as to the value of the merchandise in question. The petition was therefore granted.